FILE COPY

No. 07-21-00286-CR

| | | |
|---|---|---|
| In re Eli D. Edwards, Relator | § | Original Proceeding |
| | § | December 7, 2021 |
| | § | Opinion by Chief Justice Quinn |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 7, 2021, it is ordered, adjudged, and decreed that relator's petition for writ of mandamus is hereby denied.

o O o